O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2873 AHM (PLAx) | Date | July 14, 2009 |
|---|---|---|---|

| Title | SURETEC INSURANCE COMPANY v. DG YEAGER CONSTRUCTION COMPANY et al. |
|---|---|

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On April 4, 2009, Plaintiff Suretec Insurance Co. filed this action against Defendants DG Yeager Construction Company — which it alleges is a California Corporation — and Dale Yeager, an individual. On June 1, 2009, Defendants, appearing *pro se*, filed "Answers of D G Yeager, D G Yeager Construction Company." Plaintiff has now moved to strike Defendant DG Yeager Construction Company's Answer, on the basis that the Company is a corporation, partnership, or association and thus may not appear in federal court without a licensed attorney. *See Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993).

Defendant did not file an opposition. "The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." Local Rule 7-12. Moreover, on its face the motion appears to be meritorious. Accordingly, the Court GRANTS the motion.[1]

No hearing is necessary. Fed. R. Civ. P. 78; L. R. 7-15.

|  | : |
|---|---|
| Initials of Preparer | SMO |

---

[1] Docket No. 10.